PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
FHAC.241-1449.NF

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                    Bk. No. 16-12901-ref

Lisa Marie Pike,                                         Chapter 13

      Debtor.

_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which

claimant Carrington Mortgage Services, LLC, its assignees and/or successors in interest, is entitled

to service or notice, with regard to the real property described as 4205 Baum Place, Temple, PA

19560 (Loan No. XXXX9333), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any

service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: August 31, 2016          By /s/ Dean R. Prober_____
                    DEAN R. PROBER, ESQ., CA BAR # 106207
                    As Agent for Claimant

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Daniel Maximo, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 9/6/2016, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Lisa Marie Pike
4205 Baum Place
Temple, PA 19560
Debtor

Joseph T. Bambrick, Jr., Esquire
Joseph T. Bambrick Jr. Esq
529 Reading Avenue, Suite K
West Reading, PA 19611
Attorney for Debtor

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 9/6/2016, at Woodland Hills, California.


<u>/s/ Daniel Maximo</u>