*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lisa Marie Pike
    Debtor(s)

Case No: 16–12901–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments , feasibility Filed by FREDERICK L. REIGLE (Rescheduled)

on: 3/2/17

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 2/13/17

Timothy B. McGrath
Clerk of Court

18 – 12
Form 167