# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

IN RE:

Lisa Marie Pike,
      Debtor

Bank of America, N.A., its assignees and/or
successors in interest,
      Movant

      vs.

Lisa Marie Pike,
      Respondent
Frederick L. Reigle,
      Trustee

CHAPTER 13

CASE NO.: 16-12901-ref

**HEARING DATE:**
Thursday, July 27, 2017
9:30 a.m.

**LOCATION:**
U.S. Bankruptcy Court
The Madison Building
Courtroom No. 1
400 Washington Street
Reading, PA 19601

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

*Movant has filed a Motion for Relief From Automatic Stay with the Court for relief from the Automatic Stay to permit Movant to foreclose on the property located at **4205 Baum Place, Temple, Pennsylvania 19560**.*

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this case.  (If you do not have an attorney, you may wish to consult an attorney).**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider you views on the motion, then on or before July 11, 2017, you or your attorney must do all of the following:

      (a) file an answer explaining you position at:

        United States Bankruptcy Court Clerk
        Eastern District of Pennsylvania
        The Madison Bldg.
        400 Washington, St., Rm. 300
        Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so

it will be received on or before the date stated above; and,

(b) mail a copy to the movant's attorney:

*Jason Brett Schwartz, Esquire*
*Mester & Schwartz, P.C.*
*1333 Race Street*
*Philadelphia, PA 19107*
*(267) 909-9036*

*Frederick L. Reigle, Trustee*
*2901 St. Lawrence Ave.*
*P.O. Box 4010*
*Reading, PA 19606*

*Office of the U.S. Trustee*
*833 Chestnut Street, Suite 500*
*Philadelphia, PA 19107*

2.  If you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on Thursday, July 27, 2017 at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, Eastern District of Pennsylvania, The Madison Building, 400 Washington Street, Reading, PA 19601.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

DATE: June 27, 2017