UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

LISA MARIE PIKE

            Debtor(s)

: Bankruptcy No. 16-12901REF
: Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: January 25, 2018**

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING PA 19611-

LISA MARIE PIKE
4205 BAUM PLACE
TEMPLE,PA.19560