```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                          Case No. 16-12901-ref
Lisa Marie Pike                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-4          User: dlv              Page 1 of 2          Date Rcvd: Jan 25, 2018
                              Form ID: pdf900        Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
db             +Lisa Marie Pike,    4205 Baum Place,    Temple, PA 19560-1719
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
cr             +Carrington Mortgage Services, LLC, its assignees a,    c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
13715522       +AES/PHEAA,    P.O. Box 61047,    Harrisburg, PA 17106-1047
13715523       +Arcodia Recovery Bureau,    P.O. Box 6768,    Wyomissing, PA 19610-0768
13797624       +BANK OF AMERICA, N.A.,    c/o Carrington Mortgage Services, LLC,    1600 SOUTH DOUGLASS ROAD,
                 ANAHEIM, CA 92806-5948
13715525       +Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
13715524        Bank of America,    7105 Corp Drive PTX B-209,    Plano, TX 75024
13715527       +Clear Choice Federal Credit Union,    1981 State Hill Road,    Wyomissing,, PA 19610-1605
13715528       +Convergent H C  Recovery,    121 NE Jefferson Street,    Peoria, IL 61602-1256
13715529       +Convergent H C Recovery,    121 N E Jefferson Street,    Peoria, IL 61602-1256
13715530       +Convergent HC Recovery,    121 N E Jefferson Street,    Peoria, IL 61602-1256
13715531       +Convergent HC Recovery,    121 NE Jefferson Street,    Peoria, IL 61602-1256
13744537        ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
13715532       +HSBC Bank Nevada, N.A.,    1111 North Town Center Drive,    Las Vegas, NV 89144-6364
13715534       +Muhlenberg Twp Auth,    210 George Street,    Reading, PA 19605-3164
13715536       +Patient First,    Attention: Patient Accounts,    5000 Cox Road,    Glen Allen, VA 23060-9271
13715537       +Penn Credit Corp,    916 14th Street,    Harrisburg, PA 17104-3425
13715539       +Prometheus Laboratories Inc.,    P.O. Box 894115,    Los Angeles, CA 90189-4115
13715540        Quest Diagnostics,    P.O. BOX 740775,    Cincinnati, OH 45274-0775
13715541       +Reading Health Systems,    P.O. BOX 70894,    Philadelphia, PA 19176-5894
13782948       +Reading Health Systems C/O Convergent HC Rec.,    Convergent Healthcare Recoveries Inc.,
                 P.O. Box 1289,    Peoria, IL 61654-1289
13715542       +Reading Hospital,    P.O. BOX 70894,    Philadelphia, PA 19176-5894
13715544        The Children's Hospital of Philadelphia,    Lockbox # 7802,    PO Box 8500,
                 Philadelphia, PA 19178-7802
13715545       +West Reading Radiology,    2 Meridian Blvd, 2nd Floor,    Wyomissing, PA 19610-3202
13715546       +Wyomissing Dental Assoc.,    2228 State Hill Rd,    Wyomissing, PA 19610-1904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Jan 26 2018 01:49:20     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 26 2018 01:49:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 26 2018 01:49:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13715526       +E-mail/Text: banko@berkscredit.com Jan 26 2018 01:48:55     Berks Credit & Collection,
                 900 Corporate Drive,    Reading, PA 19605-3340
13746417        E-mail/Text: cio.bncmail@irs.gov Jan 26 2018 01:48:52     IRS,    Cincinnati, OH 45999
13715535       +E-mail/Text: Bankruptcies@nragroup.com Jan 26 2018 01:49:46     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13715538        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2018 02:09:36
                 Portfolio Recovery,    120 Corporate Blvd Suite1,    Norfolk, VA 23502
13747673       +E-mail/Text: colleen.atkinson@rmscollect.com Jan 26 2018 01:49:45
                 Patient First c/o Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
13715543       +E-mail/Text: colleen.atkinson@rmscollect.com Jan 26 2018 01:49:45     Receivable Management,
                 7206 Mull Street,    North Chesterfield, VA 23235-5826
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13715533*      +IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-4          User: dlv                Page 2 of 2                  Date Rcvd: Jan 25, 2018
                              Form ID: pdf900          Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JASON BRETT SCHWARTZ    on behalf of Creditor   Bank of America, N.A. jschwartz@mesterschwartz.com,
           jottinger@mesterschwartz.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Lisa Marie Pike NO1JTB@juno.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

LISA MARIE PIKE
                                                      : Bankruptcy No. 16-12901REF
        Debtor(s)                                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: January 25, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING PA 19611-

LISA MARIE PIKE
4205 BAUM PLACE
TEMPLE,PA.19560